UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-cv-250-MOC-WCM

| | |
|---|---|
| **CLIFFORD MARTIN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| **KILOLO KIJAKAZI**, | ) |
| **Acting Commissioner of Social Security** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion to Dismiss this Action under Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 11). Plaintiff seeks voluntary dismissal of this claim, an appeal of a denial of Social Security disability benefits, so that he can file a new claim reflecting circumstances that have changed since his last claim. (Id.). Counsel for Defendant has indicated that Defendant does not object to the motion. (Id.).

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Consent Motion to Dismiss this Action under Rule 41(a)(2) is **GRANTED**, and this action is **DISMISSED** with prejudice.

Signed: June 21, 2022

Max O. Cogburn Jr
United States District Judge

-1-